```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:06CR3147 |
| v. ) | |
| ) | |
| GABRIEL E. FRANCO PANDO, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

1. The motion of defendant's counsel to withdraw, filing 15, is granted. The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

2. New counsel shall enter an appearance as soon practicable.

3. The trial, currently scheduled for June 11, 2007 is continued until further order.

4. The motion deadline is extended to June 1, 2007.

5. The court finds that the ends of justice will be served by extending the trial date, and a period of 45 days, that is, the time between May 8, 2007, and June 18, 2007, shall be excluded from the calculation of speedy trial time for the reason that it is more important for the defendant to be represented by an attorney who is fully informed and prepared for trial than it is for the defendant to have a speedy trial, and that failure to extend the trial date might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 8th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge