IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3147 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GABRIEL E. FRANCO PANDO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The plaintiff's unopposed motion to continue sentencing hearing (filing 38) is granted.

(2) The defendant's two-hour evidentiary hearing and sentencing are continued to Friday, February 1, 2008, from 12:00 noon to 2:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

January 7, 2008.              BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge